# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA VIETNAM VETERANS MEMORIAL SOCIETY** | : : : | **CIVIL ACTION** |
| *Plaintiff* | : : | |
| | : | **NO. 20-5418** |
| v. | : : | |
| **JAMES KENNEY, in his official capacity as Mayor of the City of Philadelphia,** *et al.* | : : : | |
| *Defendants* | : : | |

# ORDER

**AND NOW**, this 27th day of November 2020, upon consideration of Defendants' letter request for a *scheduling order,* [ECF 6], and for good cause shown, it is hereby **ORDERED** that that the request is **GRANTED**. Accordingly, Defendants shall file the response to Plaintiff's motion for preliminary injunction by December 2, 2020, and Plaintiff shall file a reply, if necessary, by December 9, 2020.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*