IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA VIETNAM VETERANS MEMORIAL SOCIETY** | : : : | CIVIL ACTION |
| *Plaintiff* | : : | NO. 20-5418 |
| **v.** | : : | |
| **JAMES KENNEY, in his official capacity as Mayor of the City of Philadelphia,** *et al.* | : : : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23rd day of December 2020, upon consideration of Plaintiff's motion for a preliminary injunction, [ECF 3], Defendants' opposition thereto, [ECF 9], Plaintiff's reply, [ECF 10], and the verified complaint with its attachments, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **DENIED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*